DANIEL G. BOGDEN
United States Attorney

DANIEL R. SCHIESS
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | Case No. 2:11-cr-0017-LDG-RJJ |
| Plaintiff, | **Motion to Reassign Case** |
| v. | |
| **Winston Alexander Aarons,** | |
| Defendant. | |

The United States moves to have the above-referenced case reassigned to the Honorable James C. Mahan because he has a pending sentencing against the same defendant in case number 2:10-cr-382-JCM-RJJ set for Friday, April 8, 2011. The present case involves a supervised release revocation hearing and the case before Judge Mahan involves an illegal reentry. Given the nature of the cases and in the interest of justice, the above-referenced case should be reassigned to Judge Mahan.

ORDER
IT IS SO ORDERED.
DATED this 7th day of April, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

DANIEL G. BOGDEN
United States Attorney

DANIEL R. SCHIESS
Assistant United States Attorney